**O**

# United States District Court
# Central District of California

| | |
|---|---|
| APARTMENT ASSOCIATION OF GREATER LOS ANGELES et al. | Case № 2:20-cv-04479-ODW (JEMx) |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT [12]** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

On October 8, 2020, Defendant City of Los Angeles filed a Federal Rule of Civil Procedure ("Rule") 12(b)(6) motion to dismiss the complaint in this case. (ECF No. 12.) On October 26, 2020, Plaintiffs filed a First Amended Complaint, eighteen days after Defendant's Rule 12(b)(6) motion. (ECF No. 13.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service of a Rule 12(b) motion. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

October 27, 2020

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**