**JS-6**

# United States District Court
# Central District of California

APARTMENT ASSOCIATION OF GREATER LOS ANGELES, in its representative capacity on behalf of its association members; HYW, Limited Partnership, CITY OF LOS ANGELES HOTEL/MOTEL ASSOCIATION, in its representative capacity on behalf of its association members; BALUBHAI G. PATEL; HAROLD GREENBERG,

Plaintiffs,

v.

CITY OF LOS ANGELES, a municipal corporation, and DOES 1-10 INCLUSIVE,

Defendants.

Case No. 2:20-cv-04479-ODW (JEMx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendant; and
2. Plaintiffs' Complaint is dismissed on the merits and with prejudice.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 2, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**