O

# United States District Court
# Central District of California

| | |
|---|---|
| APARTMENT ASSOCIATION OF GREATER LOS ANGELES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:20-cv-04479-ODW (JEMx)<br><br>**ORDER SPREADING MANDATE AND DISMISSING FOURTH AMENDMENT CLAIM WITHOUT PREJUDICE** |

On October 3, 2022, the United States Court of Appeals for the Ninth Circuit issued its formal mandate in the appeal of this action, effectuating that court's August 16, 2022 judgment. (Mandate, ECF No. 28; Mem. Op., ECF No. 27.) Accordingly, the Court hereby spreads the Mandate and orders that Plaintiffs' Fourth Amendment claim is **DISMISSED without prejudice**. (*See* Mem. Op. 2, 8–9.)

**IT IS SO ORDERED.**

October 6, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE